IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ARRON MICHAEL LEWIS                                                                                       PLAINTIFF

VS.                                              4:14-CV-00673-BRW

CHARLES "DOC" HOLLADAY, *et al.*                                                            DEFENDANTS

## ORDER

I have received findings and a recommendation from Magistrate Judge H. David Young. No objections have been filed. After a careful, *de novo* review of the record, I adopt as my findings in all respects Judge Young's findings and recommendation in their entirety.

Plaintiff's Motion to Amend and for Service of Process (Doc. No. 32)[1] is GRANTED. Accordingly, Mr. Jackman, Mr. Stuart, and Ms. Elliott are DISMISSED as defendants; Vanessa Lowe[2] is re-instated as a defendant; K. Stone is substituted as the new "Jane Doe nurse" for Ms. Elliott; the Clerk of the Court is directed to issue, and the United States Marshal ("Marshal") is directed to serve (without the prepayment of fees or costs or the giving of security) a summons and copy of the Amended Complaint (Doc. No. 3), on Vanessa Lowe and K. Stone at:

Pulaski County Sheriff's Department
3201 West Roosevelt Road
Little Rock, Arkansas, 72204

IT IS SO ORDERED this 20th day of March, 2015.

/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

---

[1] The Clerk of the Court has construed the motion as a motion to dismiss, re-instate parties, and for service.

[2] Ms. Lowe was previously identified as "Deputy Lowe" and was dismissed on January 6, 2015. *See* Doc. No. 14.