IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ARRON MICHAEL LEWIS                                                                    PLAINTIFF

VS.                                        4:14-CV-00673-BRW

CHARLES "DOC" HOLLADAY, *et al.*                                            DEFENDANTS

### ORDER

I have received findings and a recommendation from Magistrate Judge H. David Young (Doc. No. 44). No objections have been filed. After careful consideration and a *de novo* review of the record, I adopt as my findings in all respects Judge Young's findings and recommendation in their entirety.

Accordingly, Plaintiff's Motion for Injunctive Relief (Doc. No. 41) is DENIED.

IT IS SO ORDERED this 6th day of April, 2015.

/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

1