IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ARRON MICHAEL LEWIS                                                                                    PLAINTIFF
ADC #151373

VS.                                     4:14-CV-00673-BRW-JWC

CHARLES HOLLADAY, *et al.*                                                                      DEFENDANTS

ORDER

I have reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge Jerry W. Cavaneau, and the objections filed. After carefully considering the objections and making a *de novo* review of the record in this case, I adopt as my findings in all respects the Proposed Findings and Partial Recommended Disposition in their entirety.

Accordingly, Plaintiff's motion for summary judgment (Doc. No. 73) is DENIED; the motion for summary judgment filed by Defendants (Doc. No. 102) is GRANTED in part and DENIED in part; Plaintiff's official-capacity claims against are DISMISSED WITH PREJUDICE, and Plaintiff's individual-capacity claims against Defendants Holladay, Speer, Hazel, Lowe, Allison, Evans, Mitchell, and Stowe are DISMISSED WITH PREJUDICE.

Plaintiff may proceed with his excessive-force claims against only Defendants Bennett and Seibel in their individual capacities.

IT IS SO ORDERED this 17th day of September, 2015.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE